| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>NEWCOMER, CLARENCE C | 2. Court or Organization<br>U.S. DISTRICT COURT, E.D.PA. | 3. Date of Report<br>5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>JUDGE (SENIOR STATUS) | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>13614 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILA., PA. 19106 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   **NOTHING TO REPORT** | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |

DISCLOSURE OFFICE  2004 MAY 17 A 11: 20  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | ** NOTHING TO REPORT ** | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University and Law School | LaJolla, California (March 5 - 9)attending symposium on Federalist Papers |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ** NOTHING TO REPORT ** | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ** NOTHING TO REPORT ** | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEWCOMER, CLARENCE C | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Home Products | A | Dividend | L | T | | | | | |
| 2. American Tel & Tel | A | Dividend | | | Sold | 10/10 | J | | |
| 3. Franklin Gold & Precious Metals | A | Dividend | K | T | Buy | 10/10 | J | | |
| 4. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 5. General Motors Corp. | A | Dividend | J | T | | | | | |
| 6. Pepsico | A | Dividend | K | T | | | | | |
| 7. Wal-Mart Stores, Inc. | A | Dividend | L | .T | | | | | |
| 8. Union National Fin. Corp. | D | Dividend | M | T | | | | | |
| 9. Nuveen Tax Exempt Bond Fund | C | Interest | L | T | | | | | |
| 10. First Union Money Mkt. Acc. | A | Interest | K | T | | | | | |
| 11. Conestoga Financial Corp. | A | Dividend | K | T | | | | | |
| 12. Hershey Food Corp. | A | Dividend | L | T | | | | | |
| 13. DMC Tax Free Inc. Trust PA | E | Dividend | M | T | | | | | |
| 14. DMC Tax Free Inc. Trust PA | A | Dividend | J | T | | | | | |
| 15. IRA-Decatur Income Fund | A | Interest | K | T | | | | | |
| 16. VanKampen Messitt | B | Dividend | K | T | | | | | |
| 17. MCI Worldcom, Inc. | A | Dividend | | | Sold | 10/23 | J | | |
| 18. Lucent Technologies | A | Dividend | | | Sold | 10/23 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWCOMER, CLARENCE C | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Compaq Computer Corp. | A | Dividend | | | Sold | 10/23 | J | | |
| 20. Hewlett Packard | A | Dividend | | | Sold | 10/25 | J | | |
| 21. Walt Disney Company | A | Dividend | J | T | | | | | |
| 22. VK PA TX Free Income FD | C | Interest | L | T | | | | | |
| 23. WWP Group | A | Dividend | K | T | | | | | |
| 24. CISCO Systems, Inc. | A | Dividend | J | T | | | | | |
| 25. Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 26. Intel Corp. | A | Dividend | J | T | | | | | |
| 27. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 28. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 29. Oracle Corporation | A | Interest | J | T | | | | | |
| 30. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 31. Safeguard Scientifics | A | Dividend | | | Sold | 10/23 | J | | |
| 32. General Electric | A | Dividend | | | Sold | 10/23 | J | | |
| 33. Kraft Foods | A | Dividend | | | Sold | 10/23 | J | | |
| 34. Eaton Vance Mut. FDS.Tr Tx MNGD Growth Fund | A | Interest | J | T | | | | | |
| 35. Eaton Vance Tx Mngd. Value | A | Interest | K | T | | | | | |
| 36. Wyeth | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Smucker JM Co. | A | Dividend | J | T | | | | | |
| 38. Lowes Companies, Inc. | A | Dividend | J | T | Buy | 10/23 | J | | |
| 39. Mothers Work, Inc. | A | Dividend | J | T | Buy | 10/23 | J | | |
| 40. Rydex 216 Precious Metals | A | Dividend | | | Buy | 8/19 | J | | |
| 41. | | | | | Sold | 9/12 | J | | |
| 42. Rydex 216 Precious Metals | A | Dividend | | | Buy | 8/19 | J | | |
| 43. | | | | | Sold | 9/19 | J | | |
| 44. Rydex 216 Precious Metals | A | Dividend | | | Buy | 11/19 | J | | |
| 45. | | | | | Sold | 12/04 | J | | |
| 46. Rydex 217 URSA | A | Dividend | | | Buy | 10/28 | J | | |
| 47. | | | | | Sold | 11/03 | J | | |
| 48. Rydex 217 URSA | A | Dividend | | | Buy | 11/19 | J | | |
| 49. | | | | | Sold | 12/12 | J | | |
| 50. Rydex 220 - Arktos | A | Dividend | | | Buy | 9/26 | J | | |
| 51. | | | | | Sold | 10/10 | J | | |
| 52. Rydex 237 Leisure | A | Dividend | | | Buy | 11/11 | J | | |
| 53. | | | | | Sold | 11/19 | J | | |
| 54. Rydex 242 Banking | A | Dividend | | | Buy | 10/10 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWCOMER, CLARENCE C | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | Sold | 11/11 | J | | |
| 56. Rydex 243 Biotech | A | Dividend | | | Buy | 9/19 | J | | |
| 57. | | | | | Sold | 9/26 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEWCOMER, CLARENCE C | 5/5/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEWCOMER, CLARENCE C | 5/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date___5/10/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544